AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRADLEY M. HOUSTON

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV621-050

JACKSON and CERT OFFICER WILSON

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the jury's verdict returned on September 24, 2024, JUDGMENT is hereby entered in favor of the defendants, JACKSON and CERT OFFICER WILSON, and against the plaintiff, BRADLEY M. HOUSTON. The plaintiff BRADLEY M. HOUSTON shall take nothing, and costs are hereby assessed against the plaintiff, to be taxed by the Clerk of Court.

Approved by: _____
Honorable J. Randal Hall
U.S. District Court

September 25, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk